**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 NOV 16  AM 9: 25

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA

v.                                    } Crim. No.   1:11CR00077-1

Mervin Maurice Greene

On October 11, 2013, the above named was placed on supervised release for a period of three years.  He has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_Lori H. Mitchell_
Lori H. Mitchell
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this *13th* day of November, 2015.

_____
Honorable J. Randal Hall
United States District Judge